**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FAYETTEVILLE DIVISION**

**SCOTT A. WALKER** **PLAINTIFF**

**V.** **CASE NO. 5:26-CV-05138**

**DETECTIVE TIM FAUBIS;**
**DETECTIVE WILSON;**
**DETECTIVE WRIGHT;**
**RYAN R. HANSEN; and OCTAVIA DENT** **DEFENDANTS**

**ORDER**

Now before the Court is the Report and Recommendation (Doc. 7) of the Honorable Christy Comstock, United States Magistrate Judge for the Western District of Arkansas. Fourteen (14) days have passed without objections being filed by the parties.

The Court has reviewed this case and, being well and sufficiently advised, finds that the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY**. Accordingly, **IT IS ORDERED** that upon preservice screening the case is **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. § 1915A(b)(1) for failure to state a claim upon which relief may be granted. Mr. Walker is warned that, in the future, this dismissal may be counted as a strike for purposes of 28 U.S.C. § 1915(g) and thus, **the Clerk is directed to place a § 1915(g) strike flag on the case** for future judicial consideration.

**IT IS SO ORDERED** on this 24th day of August, 2026.

*/s/ Timothy L. Brooks*
TIMOTHY L. BROOKS
CHIEF UNITED STATES DISTRICT JUDGE